EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING # 6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  edric.ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 17 2003

at____o'clock and ___min.___M.
WALTER A.Y.H. CHINN, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00459 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §751] |
| CALVIN MICHAEL CHUN, | ) | |
| Defendant. | ) | |

INDICTMENT

[18 U.S.C. §751]

The Grand Jury charges:

On or about June 28, 2003, in the District of Hawaii, the defendant, Calvin Michael Chun, did knowingly escape from custody in Miller Hale, an institutional facility in which he was lawfully confined at the direction of the Attorney General, by virtue of a judgment and commitment of the United States District Court for the District of Hawaii.

All in violation of Title 18, United States Code, Section 751.

DATED: September __, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. Calvin Michael Chun
Cr. No. _____
"Indictment"