AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2005

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**CALVIN MICHAEL CHUN**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number: **1:03CR00459-001**<br>USM Number: 87041-022<br>**ALEXANDER SILVERT, FAFPD**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of condition(s) Special Condition No. 1; Standard Condition No. 3; Standard Condition No. 2; Standard Condition No. 6 and Special Condition No. 7 of the term of supervision.
[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **6021**

Defendant's Residence Address:
**None**

Defendant's Mailing Address:
**None**

SEPTEMBER 2, 2005
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

1 2 SEP 2005
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:03CR00459-001 | Judgment - Page 2 of 3 |
| DEFENDANT: | CALVIN MICHAEL CHUN | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 and 6 | Subject refused to comply with drug testing | 6/30/05, 7/6/05, 7/15/05, 7/21/05, and 8/10/05 |
| 2 | Subject failed to attend substance abuse counseling at Hina Mauka | 6/30/05, 7/7/05, and 7/14/05 |
| 3 | Subject failed to follow the Probation Officer's instructions | 7/8/05 |
| 4 | Subject failed to report to the Probation Officer | 7/18/05 and 7/20/05 |
| 5 | Subject failed to notify the Probation Officer 10 days prior to any change in residence | |
| 7 | Subject was terminated from Victory 'Ohana Service Center for violating the rules and regulations set forth by the program | 8/15/05 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00459-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | CALVIN MICHAEL CHUN | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

This term consists of TWENTY-FOUR(24) MONTHS, as to CR 99-00047DAE and CR 03-00459HG, all terms to run concurrently

[✔]   The court makes the following recommendations to the Bureau of Prisons:
Phoenix, AZ. Educational and Vocational training. Drug treatment.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal